CAUSE NO. 03-14-00747-CV

DARRELL J. HARPER

V.

STATE OF TEXAS COMMISSION
ON JAIL STANDARDS, ET AL.,

IN THE COURT OF APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

FILED
September 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

EXTENSION

TO THE CLERK'S OFFICE:

1. Now comes Appellant, Darrell J. Harper motioning the court to extend the time to file appellant's brief against Appellees, State of Texas Commission on Jail Standards, et al., for Entrapment.

2. The reason(s) for motion for extension is because Appellees, State of Texas Commission on Jail Standards et al., entrapped Appellant Darrell J. Harper, knowing the court(s) would be powerless to prosecute them for being civil rights violators when they can have corruption making it's living off a system that consist of being on taxpayers payroll infringing appellant's civil and constitutional rights to work and liberty for filing employment discrimination complaints, initially placing appellant in an uncompromising situation.

3. Even though the infraction does constitute invidious discrimination especially because it involves prejudice or stereotyping, this would actually mean it would not make a difference whether or not appellant files his brief, when the jurisdiction for prosecuting civil rights violators would either be limitless or in conflict.

4. In violation of the Racketeer Influenced and Corrupt Organizations Act, in violation of the Universal Declaration of Human Rights, in violation of the Whistleblower Protection Act, in violation of the Texas Commission On Human Rights Act, in violation of the Federal Tort Claims Act, in violation of the Americans Disabilities Act, and in violation of the Civil Rights Act of 1964, as amended.

5. The "King Can Do No Wrong" never had an existence in the United States, even though corruption and insufficient evidence are overlooked at as being partners in crimes, whom can't be prosecuted by the same system that pays them to infringe appellant's civil and constitutional rights, and more likely than not entitles appellant to extend the time in which to file appellant's brief, even though bribery is the motive, for taking advantage of appellant for not being represented by counsel.

RECEIVED
SEP 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

WHEREFORE, Appellant, Durrell J. Harper, Pray that he be justly entitled to liberty and prosperity on this appeal.

Very Truly Yours,
Durrell Q. Harper
Durrell J. Harper Pro Se
Inmate No. 1957724
O. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Certification Of Service

Appellant, Durrell J. Harper, does hereby certify that the Motion is true and correct for Processing on or around Tuesday the 8th day of September 2015, in accordance with Tex. Civ. R. App. 9.

Durrell Q. Harper
Durrell J. Harper

CAUSE NO. 03-14-00747-CV

DARRELL J. HARPER          IN THE COURT OF APPEALS

V.                        THIRD JUDICIAL DISTRICT

STATE OF TEXAS COMMISSION   SITTING IN AUSTIN, TEXAS
ON JAIL STANDARDS, ET AL.,

## OBJECTION

TO THE CLERK'S OFFICE:

1. Now comes Appellant Darrell J. Harper. Objecting to the Court's August 5, 2015, notice of appellant's failure to make arrangements for the reporter's record to be filed with this Court against Appellees, State of Texas Commission on Jail Standards, et al.

2. The reason(s) for the objection is because on July 22, 2015, the One-Volume Clerk's record was filed in this Court according to the July 22, 2015 notice, and a dismissal would more likely than not infringe appellants constitution rights.

3. Therefore solidifying appellant had indeed complied with the rules and procedure of this Court, even though bribery was the motive to take advantage of appellant for not being represented by counsel.

4. However, until the error has gotten the attention in its lacking Appellant Darrell J. Harper files motion for extension to filed appellant's brief should Court's notice remains firm.

WHEREFORE Appellant Darrell J. Harper Pray that he's justly entitled.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper ProSe
Inmate No. 1457724
D.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343


RECEIVED
SEP 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## Certification Of Service

Appellant Durrell J. Harper does hereby certify that the Objection is true and correct for processing on or around Tuesday the 8th day of ~~August~~ September 2015 in accordance with Tex. Civ. R. App. P.

Durrell J. Harper

Durrell J. Harper

Legal Mail

S.A.

Darrell J. Harper
Inmate No. 1457724
D.B. Ellis Unit
1647 FM 980
Huntsville, Texas 77343

NORTH HOUSTON TX 77X
08 SEP 2015 PM 5 L

Court Of Appeals
Third Judicial District
P.O. Box 12547
Austin, Texas 78711-2547

78711254747

FOREVER